1  Leodis C. Matthews, Esq. SBN 109064
   Email: LeodisMatthews@ZhongLun.com
2  **ZHONG LUN LAW FIRM LLP**
3  4322 Wilshire Boulevard, Suite 200
   Los Angeles, California 90010-3792
4  Tel. 323.930.5690
5  Fax.323.930.5693
   *Attorneys for Plaintiff Memblaze Limited*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **MEMBLAZE LIMITED**, <br><br> Plaintiff, <br><br> v. <br><br> **NETLIST, INC**. <br><br> Defendant. | Case No.: **8:23-cv-00790-HDV-KESx** <br><br> *Reassigned for all further purposes to:* The Hon. Hernán D. Vera <br><br> **[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE RESET FOR SEPTEMBER 13, 2023** |

1

The Court, having reviewed the Parties Stipulation to Continue the Scheduling Conference scheduled for September 13, 2023, and for good cause appearing therefore, is GRANTED.

The Scheduling Conference scheduled for September 13, 2023, at 1:30 p.m. is vacated and continued to _____ \_\_\_\_, 2023, as \_\_\_:\_\_\_ a.m./p.m.

Dated: September \_\_, 2023

                UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA

By: _____
      The Honorable Hernan D. Vera

2